

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

# **M E M O R A N D U M**

Date: _____

To: Courtroom Deputy Clerk to, _____

From: _____

Re: **Notice of Statistical Adjustment**
    Case Number: _____
    Case Name: _____

    This is to notify you that the ☐ Opening   ☐ Closing   ☐ Reopening   ☐ Reassignment of the above-entitled case will be reported for the month of _____ instead of _____ for the following reason(s):

☐    Document _____   ☐ closing   ☐ reopening   ☐ reassigning the case, filed on _____
    was received on _____, after the reporting cut-off for the filing month.
      ○ Made JS-5 this date.   ○ Made JS-6 this date.   ○ Reassignment made this date.

☐    Document _____   ☐ closing   ☐ reopening   ☐ reassigning  the case was docketed timely but the
    ☐ JS-6       ☐ JS-5       ☐ Reassignment was not statistically made.
      ○ Made JS-5 this date.   ○ Made JS-6 this date. ○ Reassignment made this date.

☐    Case was ☐ closed in error on _____.  Reopening JS-5 made this date.

☐    Case was ☐ reopened in error on _____.  Closing JS-6 made this date.

☐    Case was ☐ assigned ☐ reassigned to _____ in error.
    Case is, this date, reassigned from _____ to
    _____.

☐    Other:

*cc:  Data Collections & Analysis*
    *Supervisor:*   ☐ *DQA*       ☐ *Deputy in Charge*